

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

PAUL H. JOHNSON
Assistant Corporation Counsel
E-mail: pajohnso@law.nyc.gov
Phone: (212) 356-2656
Fax: (212) 788-9776

May 27, 2016

**BY ECF**
Honorable Judge George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Erickson Cabrera v. City of New York et al.
              16 CV 1098 (GBD)

Your Honor:

     I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the City and Police Officer Brian Dennis in the above-referenced matter. The parties jointly request that the Court remove this case from the Southern District of New York's § 1983 Plan.

     Defendants intend to move to dismiss the matter pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. Upon reviewing Your Honor's Individual Rules of Practice we understand a pre-motion conference is not required. However this office respectfully writes to request the Court allow defendants to discuss their potential motion at the Initial Conference scheduled for June 16, 2016 at 9:30 a.m.

     Plaintiff claims in his Complaint he was subject to unlawful se arch and seizure, false arrest and false imprisonment, bias-based profiling and malicious prosecution by members of the New York City Police Department. Plaintiff makes related state law claims. Plaintiff filed a Notice of Claim in this action on November 12, 2016 and gave testimony at a 50-H hearing on February 5, 2016. Plaintiff originally filed this action on February 26, 2016. Defendants answered on May 6, 2016.

The two parties discussed participating in the 1983 Plan Mediation pursuant to Local Rule 83.10 and have agreed it would not lead to settlement at this time. The parties therefore request that Your Honor remove this case from the § 1983 Plan and defendants request permission to discuss its potential motion at the Initial Conference Scheduled for June 16, 2016 at 9:30 a.m.

Respectfully submitted,

Paul H. Johnson
Assistant Corporation Counsel
Special Federal Litigation Division

cc:  Gabriel Harvis, Esq. (via ECF)
*Attorney for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007