# EXHIBIT I

ARREST Report - M15671359                                                                 Page 1 of 3

# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

**RECORD STATUS: SEALED** | **Arrest ID: M15671359 - N**

**Arrest Location:** FRONT OF 360 CONVENT AVENUE | **Pct: 030**

- **Arrest Date:** 09-21-2015
- **Processing Type:** DAT
- **Current Location of Perpetrator:**
- **Time:** 17:51:00
- **DCJS Fax Number:** MP019281
- **Borough:** Manhattan
- **Sector:** C
- **Special Event Code:** NO -
- **Type:**
- **Strip Search Conducted:** NO
- **DAT Number:** 1030
- **Location:** 030 PRECINCT
- **Viper Initiated Arrest:** NO
- **Stop And Frisk:** NO
- **Return Date:** 2015-11-04
- **Serial #:** 0000-000-00000

## COMPLAINTS:
**Arrest #: M15671359**

COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME
2015-030-03865 | 2015-09-21 | Valid, Initial Arrests made 2015-09-21 | 17:45

SEALED                                                                                    SEALED

## CHARGES:
**Arrest #: M15671359**

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 170.05 | M | A | 2 | FORGERY-3RD |
| #02 | No | PL 170.20 | M | A | 2 | POSSESS FORGED INSTRUMENT-3RD |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

SEALED                                                                                    SEALED

## DETAILS:
**Arrest #: M15671359**

AT TPO DEFT A/O AFTER ALLEGEDLY FORGED DOCUMENTS FOUND ON VEHICLE.

SEALED                                                                                    SEALED

## DEFENDANT: CABRERA, ERICKSON
**NYSID #: 03863773N** | **Arrest #: M15671359**

- Nick/AKA/Maiden:
- Sex: MALE
- Race: WHITE HISPANIC
- Age: 23
- Date Of Birth: [redacted]
- U.S. Citizen: YES
- Place Of Birth:
- Is this person not Proficient in English?: NO
- If Yes, Indicate Language:
- Accent: NO

- Height: 5FT 05IN
- Weight: 150
- Eye Color: BROWN
- Hair Color: BLACK
- Hair Length: SHORT
- Hair Style: CLOSE CUT
- Skin Tone: MEDIUM
- Complexion: CLEAR

- Soc Security #: 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
- Occupation: NYC DOT EMPLOYEE

- Order Of Protection: NO
- Issuing Court:
- Docket #:
- Expiration Date:
- Relation to Victim: UNKNOWN/NONE
- Living together: NO
- Can be identified: NO

- Gang/Crew Affiliation: NO
- Name:

Identification ID

http://omniform/omniform/globalreports/webFocusReport.do?IBIF_ex=VIEWARST&ARR...  4/4/2016

**DEF000001**

ARREST Report - M15671359                                                                                     Page 2 of 3

| Identification #: | | | | Identifiers: |
|---|---|---|---|---|
| Physical Condition: APPARENTLY NORMAL | Lic/Permit Type: | | | |
| Drug Used: NONE | Lic/Permit No: | | | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | 460 WEST 148 STREET | MANHATTAN | NEW YORK | 10031 | 5B | 030 |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: NO   On Duty
Development:    N.Y.C. Transit Employee: NO

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: NONE                 Make:               Recovered:
Non-Firearm Weapon:                         Color:      Serial Number Defaced:
Other Weapon Description:                  Caliber:            Serial Number:
                                            Type:
                                         Discharged: NO

Used Transit System: NO
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poss:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| STATEMENTS MADE | I GOT CAR IN VIRGINA |
| METHOD OF FLIGHT | N/A |
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - UNK - UNKNOWN COLOR |
| CLOTHING | FOOTWEAR - UNK - UNKNOWN COLOR |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CLOTHING | OUTERWEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

SEALED                                                                                                         SEALED

**JUVENILE DATA:**                                                                              Arrest #: M15671359

Juvenile Offender:   Relative Notified: Personal Recog
Number Of Priors: 0    Name
School Attending:    Phone Called:
Mother's Maiden Name:   Time Notified:

SEALED                                                                                                         SEALED

**ASSOCIATED ARRESTS:**                                                                         Arrest #: M15671359

ARREST ID COMPLAINT #

SEALED                                                                                                         SEALED

**No Vehicles for Arrest #**

SEALED

ARREST Report - M15671359                                                                 Page 3 of 3

|  |  | SEALED |
| --- | --- | --- |
| **DEFENDANTS CALLS:** | | Arrest #: M15671359 |

CALL #   NUMBER DIALED   NAME CALLED
1          --              REFUSED, REFUSED

| SEALED | | SEALED |
| --- | --- | --- |
| **INVOICES:** | | Arrest #: M15671359 |

INVOICE#   COMMAND   PROPERTY TYPE   VALUE

| SEALED | | SEALED |
| --- | --- | --- |
| **ARRESTING OFFICER: POM BRIAN DENNIS** | | Arrest #: M15671359 |

Tax Number: 906089           On Duty: YES
Other ID (non-NYPD): 906089  In Uniform: YES
Shield: 13090                Squad: C2
Department: NYPD             Chart: 05
Command: 030                 Primary Assignment:

Force Used: NO
Type:
Reason:
Officer Injured: NO

| SEALED | | | | SEALED |
| --- | --- | --- | --- | --- |
| Arresting Officer Name: POM DENNIS, BRIAN | Tax #: 906089 | Command: 030 | Agency: NYPD | |
| Supervisor Approving: SGT CARABALLO JOSE | Tax #: 941498 | Command: 030 | Agency: NYPD | |
| Report Entered by: POM DENNIS, BRIAN | Tax #: 906089 | Command: 030 | Agency: NYPD | |

END OF ARREST REPORT
M15671359