# EXHIBIT J



## POLICE DEPARTMENT OF THE CITY OF NEW YORK
### Desk Appearance Ticket

Precinct of Arrest : 030                DAT Serial No. : 030-00755                OLBS Arrest-ID : M15671359

The People of the State of New York VS.

Defendant Name : CABRERA, ERICKSON,
Defendant Address: 460 WEST 148 STREET, 5B,          Age: 23 yrs                          Date of Birth:
MANHATTAN, NY 10031

You are hereby summoned to appear in the Criminal Court of the City of New York, to answer a criminal charge made against you.

Top Offense Charged : PL 170.05
County: New York                 Arraign/Part: DAT                  Time: 10:30 AM              Date: 11/04/2015
At LOC: 100 Centre Street, New York, NY 10003                       Room: _____

**Instructions for Defendant**

You must appear at the time and date indicated above, and present this form to the court clerk.

FAILURE TO APPEAR WILL RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST.

Should you fail to appear for the offense charged above, in addition to a warrant being issued for your arrest, you may be charged with additional violations of the penal law which upon conviction may subject you to a fine, imprisonment or both. Additionally, if you fail to comply with the directions of this Desk Appearance Ticket, any bail paid will be subject to forfeiture.

Additional Instructions : _____

**Acknowledgement of Defendant:**

I, the undersigned, do hereby acknowledge receipt of the above Desk Appearance Ticket, personally served upon me, and do agree to appear as indicated.

Defendant Signature:                 Time: 20 : 03                       Date: 09 / 21 / 15

Photographed by:                     Time: 19 : 30                       Date: 09 / 21 / 15
AIG

FingerPrinted?: Y

Arresting Officer: DENNIS, BRIAN    Shield: --               Rank: POM           Tax Reg.: 908089

Squad: 30TH PRECINCT                Command: 030                          Agency: NYPD

Address of Agency if not NYPD: _____

Was cash bail accepted?: ✓                  Amount: $____

Signature Issuing Officer                   9/21/15 Date                  Signature Desk Officer

DEF000022