

# Harvis & Fett

**GABRIEL P. HARVIS**
**BAREE N. FETT**

August 3, 2016

**SO ORDERED:**

*George B. Daniels*
Daniels, U.S.D.J.

AUG 04 2016

BY FAX (212) 805-6737
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Cabrera v. City of New York, et al.*, 16 CV 1098 (GBD)

Your Honor:

I am a member of Harvis & Fett, counsel for plaintiff Erickson Cabrera. I write to respectfully request a brief adjournment of the deadline for submission of plaintiff's opposition to defendants' motion for summary judgment, from August 5, 2016 to August 10, 2016. Defendants consent to this request.

The Court set the existing August 5th deadline by order dated July 18, 2016. Since defendants filed their motion on July 22, 2016, plaintiff's counsel has been consumed with professional commitments in unrelated matters and has not been able to devote sufficient time to the preparation of plaintiff's opposition brief and supporting materials.

If it should please the Court, plaintiff thus respectfully requests, on consent, that his opposition deadline be extended to August 10, 2016, and the defendants' deadline to reply be extended from August 12, 2016 to August 17, 2016. The parties do not seek adjournment of the oral argument scheduled for August 18, 2016. No prior application has been made to extend plaintiff's response deadline.

Thank you for your consideration of this request.

Yours truly,

Gabriel P. Harvis

cc: Paul Johnson, Esq.

305 BROADWAY 14TH FLOOR » NEW YORK » NEW YORK 10007 « 212.323.6880 « FAX 212.323.6881

www.civilrights.nyc