

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

PAUL H. JOHNSON
Assistant Corporation Counsel
E-mail: pajohnso@law.nyc.gov
Phone: (212) 356-2656
Fax: (212) 788-9776

February 8, 2016

**BY ECF**
Honorable Judge George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: FEB 13 2017

Re:   Erickson Cabrera v. City of New York et al.
      16 CV 1098 (GBD)(JCF)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of the City and Police Officer Brian Dennis in the above-referenced matter. Because of the impending storm, the parties request the pretrial conference scheduled for February 9, 2017 at 9:45 a.m. be adjourned. The parties state they are available for a pretrial conference on February 16, 2017 at 9:45 a.m. if that time is suitable to the Court.

Respectfully submitted,

Paul H. Johnson
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   Gabriel Harvis, Esq. (via ECF)
*Attorney for Plaintiff*
305 Broadway, 14th Floor
New York, New York 10007

cc: Chambers (via fax)