

# Harvis & Fett

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 17 2017**

GABRIEL P. HARVIS
BAREE N. FETT

February 16, 2017

**BY ECF & FAX (212) 805-6737**
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: FEB 17 2017

Re: *Cabrera v. City of New York, et al.*, 16 CV 1098 (GBD)

Your Honor:

    I represent plaintiff Erickson Cabrera in the above-referenced civil rights action. As instructed at the conference this morning, I write on behalf of the parties to respectfully provide a proposed briefing schedule for the parties' motions for summary judgment:

    Motion papers to be served and filed:     March 17, 2017;

    Opposition papers to be served and filed:     April 17, 2017; and

    Reply papers, if any, to be served and filed:     May 1, 2017.

    The parties respectfully request that the Court review and endorse the above schedule.

    Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

cc:     ACC Paul H. Johnson, Esq.