UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ERICKSON CABRERA,

                                  Plaintiff,

-against-

THE CITY OF NEW YORK; Police Officer BRIAN DENNIS, Shield No. 13090; Sergeant JOSE CARABALLO, Shield No. 12202; and JOHN and JANE DOE 1 through 10,

                                  Defendants.
------------------------------------------------------------------------ x

**NOTICE OF SUBSTITUTION OF COUNSEL**

16 CV 1098 (GBD)

        **PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Paul H. Johnson, Esq., as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendants, City of New York, Police Officer Brian Dennis, and Lieutenant Jose Caraballo:

        Valerie E. Smith_____
        *Assistant Corporation Counsel*
        New York City Law Department
        100 Church Street
        New York, NY 10007
        (212) 356-2398
        vsmith@law.nyc.gov

From this date forward, please serve all pleadings on the attorney for defendants City, Caraballo, and Dennis at the address set forth above, and please terminate Paul Johnson from the docket sheet as counsel of record and replace him with Valerie E. Smith.

Dated:     New York, New York
           November 2, 2017

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendants City, Caraballo, and Dennis*

                                        _____/s/_____
                                        Valerie E. Smith, Esq.
                                        Assistant Corporation Counsel
                                        New York City Law Department
                                        100 Church Street
                                        New York, New York 10007

To:   *Attorneys for Plaintiff*
      Gabriel Harvis & Baree Fett
      Harvis & Fett LLP
      305 Broadway, 14th Floor
      New York, NY 10007