UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- x
:
ERICKSON CABRERA, :
:
              Plaintiff, :
:       ORDER
          -against- :
:       16 Civ. 1098 (GBD)
CITY OF NEW YORK, POLICE OFFICER :
BRIAN DENNIS, Shield No. 13090, SERGEANT :
JOSE CARABALLO, Shield No. 12202, and :
JOHN and JANE DOE 1 through 10, :
:
              Defendants. :
------------------------------- x

GEORGE B. DANIELS, District Judge:

    A status conference will be held on February 8, 2018, at 9:45 a.m.

Dated: December 19, 2017
       New York, New York

                            SO ORDERED.

                            *George B. Daniels*
                            GEORGE B. DANIELS
                            UNITED STATES DISTRICT JUDGE