UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ERICKSON CABRERA,

                Plaintiff,

  -against-

CITY OF NEW YORK et al.,

                Defendants.

------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

16 Civ. 1098 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_ Specific Non-Dispositive Motion/Dispute:

Discovery Dispute (ECF No. 34)

  *If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement

\_\_ Inquest After Default/Damages Hearing

\_\_ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

\_\_ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

\_\_ Habeas Corpus

\_\_ Social Security

\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

All such motions:\_\_\_

Dated: February 8, 2018

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge