UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ERICKSON CABRERA,

                          Plaintiff,

      -against-

CITY OF NEW YORK, et al.,

                         Defendants.
------------------------------------------------------------x

**NOTICE OF MOTION TO WITHDRAW ORDER OF REFERENCE**

16 CV 1098 (GBD)

MAR 0 6 2018

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Gabriel P. Harvis and exhibits annexed thereto; and Memorandum of Law, and upon all the prior pleadings and proceedings herein, plaintiff moves this Court, at the Courthouse located at 500 Pearl Street, New York, New York, at a date and time to be selected by the Court, for an order withdrawing the order of reference dated February 8, 2018.

Dated:     New York, New York
            March 2, 2018

HARVIS & FETT LLP

_____
Gabriel P. Harvis
305 Broadway, 14th Floor
New York, New York 10007
(212) 323-6880
gharvis@civilrights.nyc

*Attorneys for plaintiff*

**DENIED**
/s/ George B. Daniels
Judge George B. Daniels
MAR 0 6 2018

To:     Valerie Smith, Esq. (by ECF)
        *Attorney for defendants*